UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. ROBINSON, ET AL., )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>JOLINE P. HENDERSHOT, ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:13-CV-139-DBH |

ORDER ON PLAINTIFFS' OBJECTION TO ORDER
TERMINATING OBJECTION TO REMARK

The objection is **OVERRULED**. The Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

SO ORDERED.

DATED THIS 10TH DAY OF JUNE, 2013

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE