UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. ROBINSON, ET AL., )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>JOLINE P. HENDERSHOT, ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:13-CV-139-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On June 17, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on the defendants' motion to dismiss. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion to dismiss is **GRANTED**. In light of my decision, all other pending motions are **MOOT**.

SO ORDERED.

DATED THIS 9TH DAY OF JULY, 2013

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE